UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SHAMECA LA'SHAWN PUGH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 7:23-cv-100-AMM-SGC |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

# MEMORANDUM OPINION

The magistrate judge entered a report on January 27, 2023, recommending this petition for a writ of habeas corpus be dismissed as moot. Doc. 7. That recommendation was based on the petitioner's release from prison. *See id*. In the alternative, the magistrate judge recommended dismissal for failure to prosecute. *Id*. at 1–2.

The copy of the report and recommendation mailed to the petitioner at the prison—the only address the petitioner has provided—has been returned by the U.S. Postal Service as undeliverable. Doc. 8.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter will be **DISMISSED** as **MOOT**.

A separate order will be entered.

**DONE** and **ORDERED** this 15th day of February, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE